UNITED STATES DISTRICT COURT
FILED
EASTERN DISTRICT OF MISSOURI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| REUEL CLOWER, MICHAEL UPCHURCH, and CARLOS NELSON, | ) | 4:25CR585-JAR/PLC |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

**COUNT ONE**
**(Hobbs Act Robbery)**

The Grand Jury charges that:

On or about September 24, 2025, in St. Louis City, within the Eastern District of Missouri,

**REUEL CLOWER, MICHAEL UPCHURCH,**
**and CARLOS NELSON,**

the Defendants herein, aiding and abetting each other, did obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery of Taco Bell at 626 North Kingshighway Boulevard, St. Louis, Missouri, which is a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code Sections 1951(a) and 2, and punishable under Title 18, United States Code, Section 1951(a).

**COUNT TWO**
**(Brandishing a Firearm in Furtherance of a Crime of Violence)**

The Grand Jury further charges that:

On or about September 24, 2025, in St. Louis City, within the Eastern District of Missouri,

**REUEL CLOWER,**

the Defendant herein, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and punishable under Section 924(c)(1)(A)(ii).

**COUNT THREE**
**(Brandishing a Firearm in Furtherance of a Crime of Violence)**

The Grand Jury further charges that:

On or about September 24, 2025, in St. Louis City, within the Eastern District of Missouri,

**MICHAEL UPCHURCH, and CARLOS NELSON,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, obstructing, delaying, or affecting commerce by robbery, as charged in Count One herein.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2, and punishable under Section 924(c)(1)(A)(ii).

**COUNT FOUR**
**(Felon in Possession of a Firearm)**

The Grand Jury further charges that:

On or about November 5, 2025, in St. Louis City, within the Eastern District of Missouri,

**REUEL CLOWER,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(8).

**COUNT FIVE**
**(Felon in Possession of a Firearm)**

The Grand Jury further charges that:

On or about November 5, 2025, in St. Louis City, within the Eastern District of Missouri,

**MICHAEL UPCHURCH,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924 and 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1951 as set forth in Count One, the Defendant(s) shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said violation and any firearm or ammunition involved in or used or intended to be used in such violation.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States

Code, Section 922(g) as set forth in Counts Four and Five, the Defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violations.

4. If any of the property described above, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
NICHOLAS H. LAKE, #71049MO
Assistant United States Attorney